1  HOPE ANNE CASE (Bar No. CA-157089
   hope.case@dlapiper.com
2  NORA R. CULVER (Bar No. CA-240098)
   nora.culver@dlapiper.com
3  DLA PIPER US LLP
   2000 University Avenue
4  East Palo Alto, CA  94303-2214
   Tel: 650.833.2000
5  Fax: 650.833.2001

6  Attorneys for Defendant
   UNITED AIR LINES, INC.
7

**E-filing**

FILED
08 AUG 22 AM 9:
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA

TEH

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | LARRY OILUND,                       | CASE NO. CV 08 4016
11 |     Plaintiff,                      | (San Mateo County Superior Court Case No. CIV 473062)
12 | v.                                  |
13 | UNITED AIRLINES/WORLD                 **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
14 | HEADQUARTERS; GLEN F. TILTON;
     BARBARA LIATAUD; RON RICH; JIM
15 | BOLAND; VINNIE AGVATEESIRI;
     ANDRE ST. LOUIS DOES 1-20
16 | INCLUSIVE,
17 |     Defendant.

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

WEST\21498643.1

DLA PIPER US LLP
EAST PALO ALTO

-1-

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

**ORIGINAL**

1   The undersigned, counsel of record for UNITED AIR LINES, INC., certifies that the
2   following listed party may have a pecuniary interest in the outcome of this case. This
3   representation is made to enable the Court to evaluate possible disqualification or recusal.

4   **Party**                    **Connection**

5   UAL Corporation              Corporate parent of Defendant United Air Lines, Inc.

6   Dated: August 22, 2008

7                                DLA PIPER US LLP

8
                                 By _____
9                                   HOPE ANNE CASE
                                    NORA R. CULVER
10                                  Attorneys for Defendant
                                    UNITED AIR LINES, INC.
11