HOPE ANNE CASE (Bar No. 157089)
(hope.case@dlapiper.com)
NORA CULVER (Bar No. 240098)
(nora.culver@dlapiper.com)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
UNITED AIR LINES, INC.

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY OILUND<br><br>   Plaintiff,<br><br>v.<br><br>UNITED AIRLINES/WORLD HEADQUARTERS; GLEN F. TILTON; BARBARA LIATAUD; RON RICH; JIM BOLAND; VINNIE AGVATEESIRI; ANDRE ST. LOUIS DOES 1-20, INCLUSIVE,<br><br>   Defendants. | CASE NO. CV 08-04016 TEH<br><br>**PROOF OF SERVICE RE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; AND OTHER PAPERS** |

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is DLA Piper US LLP, 2000 University Avenue, East Palo Alto, California 94303.

On, August 25, 2008, I served a copy of the following documents:

**Order Setting Initial Case Management Conference and ADR Deadlines (including Standing Order For the Honorable Thelton E. Henderson, and Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement);**

**ECF Registration Information Handout;**

**Welcome to the U.S. District Court, San Francisco;**

**Notice of Availability of Magistrate Judge To Exercise Jurisdiction;**

1   **Form: Consent to Proceed Before A United States Magistrate Judge;**

2   **Form: Declination to Proceed Before A Magistrate Judge And Request For Reassignment to a United States District Judge; and**

3

4   **Brochure: Consenting to a Magistrate Judge's Jurisdiction In the Northern District of California**

5   by placing the documents in a sealed envelope and marked for overnight delivery via

6   **Golden State Overnight**, and know that in the ordinary course of business the documents

7   described above were deposited in a box or other facility regularly maintained by **Golden State**

8   **Overnight** or delivered to an authorized courier or driver authorized by **Golden State Overnight**

9   to receive correspondence on the same date that it is deposited in the ordinary course of business

10  for collection.

11  Addressed to:

12

13  Charles J. Katz, Esq.                Elladene Lee Katz, Esq.
    475 El Camino Real, Suite 300        327 North San Mateo Drive, Suite 9
14  Millbrae, California 94030           San Mateo, California 94401

15  I declare under penalty of perjury that the above is true and correct.

16  Executed on August 25, 2008, at East Palo Alto, California.

17

18                                       /S/
                                         ─────────────────────────
19                                       Maurene Martin

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
EAST PALO ALTO

WEST\21501837.1
41043501-001049                          -2-

                                                    PROOF OF SERVICE (CASE NO. C 08-04016 TEH)

**Form: Consent to Proceed Before A United States Magistrate Judge;**

**Form: Declination to Proceed Before A Magistrate Judge And Request For Reassignment to a United States District Judge; and**

**Brochure: Consenting to a Magistrate Judge's Jurisdiction In the Northern District of California**

by placing the documents in a sealed envelope and marked for overnight delivery via **Golden State Overnight**, and know that in the ordinary course of business the documents described above were deposited in a box or other facility regularly maintained by **Golden State Overnight** or delivered to an authorized courier or driver authorized by **Golden State Overnight** to receive correspondence on the same date that it is deposited in the ordinary course of business for collection.

Addressed to:

Charles J. Katz, Esq.  
475 El Camino Real, Suite 300  
Millbrae, California 94030

Elladene Lee Katz, Esq.  
327 North San Mateo Drive, Suite 9  
San Mateo, California 94401

I declare under penalty of perjury that the above is true and correct.

Executed on August 25, 2008, at East Palo Alto, California.

_____  
Maurene Martin