1  HOPE ANNE CASE (Bar No. 157089)
   (hope.case@dlapiper.com)
2  NORA CULVER (Bar No. 240098)
   (nora.culver@dlapiper.com)
3  **DLA PIPER US LLP**
   2000 University Avenue
4  East Palo Alto, CA 94303-2215
   Tel: 650.833.2000
5  Fax: 650.833.2001

6  Attorneys for Defendant
   UNITED AIR LINES, INC.

7

8              UNITED STATES DISTRICT COURT,

9              NORTHERN DISTRICT OF CALIFORNIA

10 | LARRY OILUND | CASE NO. CV 08-04016 TEH |
11 | Plaintiff, | **PROOF OF SERVICE RE NOTICE TO THE CLERK OF THE SUPERIOR COURT AND TO PLAINTIFF LARRY OILUND OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT** |
12 | v. | |
13 | UNITED AIRLINES/WORLD HEADQUARTERS; GLEN F. TILTON; BARBARA LIATAUD; RON RICH; JIM BOLAND; VINNIE AGVATEESIRI; ANDRE ST. LOUIS DOES 1-20, INCLUSIVE, | |
14 | | |
15 | | |
16 | | |
17 | Defendants. | |

18

19     I am a resident of the State of California, over the age of eighteen years, and not a party to

20 this action. My business address is DLA Piper US LLP, 2000 University Avenue, East Palo Alto,

21 California 94303.

22     On, August 22, 2008, I served a copy of the **Notice to The Clerk of the Superior Court**

23 **and to Plaintiff Larry Oilund of Removal of Civil Action to United States District Court** (a

24 copy of which is attached hereto as Exhibit A), by placing the document in a sealed envelope with

25 postage thereon fully prepaid, in the United States mail at East Palo Alto, California addressed as

26 set forth below.

27 ///

28 WEST\21502053.1
   41043501-001049                          -1-

| | |
|---|---|
| Charles J. Katz, Esq. | Elladene Lee Katz, Esq. |
| 475 El Camino Real, Suite 300 | 327 North San Mateo Drive, Suite 9 |
| Millbrae, California 94030 | San Mateo, California 94401 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 26, 2008, at East Palo Alto, California.

                                                           /S/
                                                     Diana Sanchez

WEST\21502053.1
41043501-001049

-2-

DLA PIPER US LLP
EAST PALO ALTO

PROOF OF SERVICE RE NOTICE TO SUPERIOR COURT CLERK
AND PLAINTIFF OF REMOVAL OF ACTION (CASE NO. C 08-04016 TEH)

1  Charles J. Katz, Esq.                         Elladene Lee Katz, Esq.
   475 El Camino Real, Suite 300                 327 North San Mateo Drive, Suite 9
2  Millbrae, California 94030                    San Mateo, California 94401

3       I am readily familiar with the firm's practice of collection and processing correspondence

4  for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

5  day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

6  motion of the party served, service is presumed invalid if postal cancellation date or postage

7  meter date is more than one day after date of deposit for mailing in affidavit.

8       I declare under penalty of perjury under the laws of the State of California that the above

9  is true and correct.

10      Executed on August 26, 2008, at East Palo Alto, California.

11

12                                                _____
13                                                         Diana Sanchez

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEST\21502053.1
41043501-001049

-2-

PROOF OF SERVICE RE NOTICE TO SUPERIOR COURT CLERK
AND PLAINTIFF OF REMOVAL OF ACTION (CASE NO. C 08-04016 TEH)

DLA PIPER US LLP
EAST PALO ALTO

1  HOPE ANNE CASE (Bar No. 157089)
   NORA CULVER (Bar No. 240098)
2  **DLA PIPER US LLP**
   2000 University Avenue
3  East Palo Alto, CA  94303-2215
   Tel: 650.833.2000
4  Fax: 650.833.2001

5  Attorneys for Defendant
   UNITED AIR LINES, INC.
6

FILED
SAN MATEO COUNTY
AUG 2 2 2008
Clerk of the Superior Court
DANIEL SHEA
By _____
    DEPUTY CLERK

7

8           SUPERIOR COURT OF CALIFORNIA,

9               COUNTY OF SAN MATEO

10 | LARRY OILUND                          | CASE NO. CIV 473062
11 |                                       |
   |     Plaintiff,                        | **NOTICE TO THE CLERK OF THE SUPERIOR COURT AND TO PLAINTIFF LARRY OILUND OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**
12 |     v.                                |
13 | UNITED AIRLINES/WORLD                 |
14 | HEADQUARTERS; GLEN F. TILTON;         |
   | BARBARA LIATAUD; RON RICH; JIM        |
15 | BOLAND; VINNIE AGVATEESIRI;           | Complaint Filed: May 22, 2008
   | ANDRE ST. LOUIS DOES 1-20,            |
16 | INCLUSIVE,                            |
17 |     Defendants.                       |

18

19 TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF LARRY

20 OILUND, AND HIS COUNSEL OF RECORD, CHARLES J. KATZ AND ELLADENE LEE

21 KATZ:

22        PLEASE TAKE NOTICE THAT on August 22, 2008, Defendant United Air lines, Inc.

23 (incorrectly named as United Airlines/World Headquarters), pursuant to 28 U.S.C. §§ 1331, 1441

24 and 1446, filed a Notice of Removal with the Clerk of the United States District Court for the

25 Northern District of California, San Francisco Division, removing this action to that Court. A

26 true and correct copy of that Notice of Removal and related papers, including exhibits, are

27 attached hereto as Exhibit "1."

28  / / /

DLA PIPER US LLP
EAST PALO ALTO

WEST\21495463.1              -1-

COPY                                    NOTICE OF REMOVAL TO USDC

1  PLEASE TAKE FURTHER NOTICE THAT, pursuant to 28 U.S.C. § 1446, the filing of
2  the Notice of Removal in federal court effectuates the removal of this action. Accordingly, no
3  further proceedings should take place in this Court unless and until the case has been remanded.

4

5  Dated: August 22, 2008                    DLA PIPER US LLP

6

7                                            By _____
                                                 HOPE ANNE CASE
8                                                NORA CULVER
                                                 Attorneys for Defendant
9                                                UNITED AIR LINES, INC.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 2000 University Avenue, East Palo Alto, California 94303. On August 22, 2008, I served the within documents:

- **NOTICE TO THE CLERK OF THE SUPERIOR COURT AND TO PLAINTIFF LARRY OILUND OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**

- **NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT BY DEFENDANT UNITED AIR LINES, INC.**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at East Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and marked for overnight delivery via **UPS**, and know that in the ordinary course of business the correspondence described above will be deposited in a box or other facility regularly maintained by **UPS** or delivered to an authorized courier or driver authorized by **UPS** to receive correspondence on the same date that it is deposited in the ordinary course of business for collection.

Charles J. Katz, Esq.  
475 El Camino Real, Suite 300  
Millbrae, California 94030  
(650) 692-4100

Elladene Lee Katz, Esq.  
327 North San Mateo Drive, Suite 9  
San Mateo, California 94401  
(650) 348-8078

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 22, 2008, at East Palo Alto, California.

_____  
Diana L. Sanchez

1  HOPE ANNE CASE (Bar No. 157089)
   NORA CULVER (Bar No. 240098)
2  **DLA PIPER US LLP**
   2000 University Avenue
3  East Palo Alto, CA 94303-2215
   Tel: 650.833.2000
4  Fax: 650.833.2001

5  Attorneys for Defendant
   UNITED AIR LINES, INC.

                    E-filing

           UNITED STATES DISTRICT COURT,

       FOR THE NORTHERN DISTRICT OF CALIFORNIA

                SAN FRANCISCO DIVISION

   LARRY OILUND                    CASE NO. CV 08 4016

           Plaintiff,              (San Mateo County Superior Court Case No.
                                   CIV 473062)
       v.
                                   **NOTICE OF REMOVAL OF CIVIL
   UNITED AIRLINES/WORLD           ACTION TO UNITED STATES DISTRICT
   HEADQUARTERS; GLEN F. TILTON;   COURT BY DEFENDANT UNITED AIR
   BARBARA LIATAUD; RON RICH; JIM  LINES, INC.**
   BOLAND; VINNIE AGVATEESIRI;
   ANDRE ST. LOUIS DOES 1-20,
   INCLUSIVE,

           Defendants.

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

DISTRICT OF CALIFORNIA, AND TO PLAINTIFF LARRY OILUND, AND HIS COUNSEL

OF RECORD, CHARLES J. KATZ AND ELLADENE LEE KATZ:

   PLEASE TAKE NOTICE that, for the reasons stated below, Defendant United Air lines,

Inc., (incorrectly named as United Airlines/World Headquarters) ("Defendant" or "United")

hereby removes the above-captioned action from the Superior Court of the State of California for

the County of San Mateo to the United States District Court for the Northern District of

California, on the grounds of federal question jurisdiction, pursuant to 28 U.S.C. §§ 1331 and

1441(a) and (b). The following statement is submitted pursuant to 28 U.S.C. § 1446(a):

1. On or about May 22, 2008, Plaintiff Larry Oilund ("Plaintiff") filed a Complaint For Equitable Relief And Damages in the Superior Court of the State of California for the County of San Mateo (the "Complaint") entitled *Larry Oilund v. United Airlines/World Headquarters; Glen F. Tilton; Barbara Liataud; Ron Rich; Jim Boland; Vinnie Agvateesiri; Andre St. Louis Does 1-20, Inclusive*, designated as Case No. CIV 473062 (the "State Court Action").

2. United first received notice of the State Court Action when it was served with Plaintiff's Complaint together with a summons and notice of case management conference statement through its agent for service of process on July 23, 2008. A copy of the: (1) Summons; (2) Complaint; and (3) Notice of Case Management Conference are attached hereto as Exhibit "A."

3. United is the only Defendant that has been served in the State Court Action. United has been served with no other process, pleadings or orders in this action. Defendant DOES 1-20 are unnamed and unknown and, to United's knowledge, have not been served with Plaintiff's Summons and Complaint.

4. This Notice of Removal is timely, because it is being filed within 30 days of United's receipt of the Complaint on July 23, 2008.

5. In the Complaint, Plaintiff alleges claims that are preempted by the Railway Labor Act, 45 U.S.C. § 152, *et seq*. As a result, this Court has original jurisdiction over these claims pursuant to 28 U.S.C. § 1331.

6. Assignment to the San Francisco Division is proper because the state action filed by Plaintiff was brought in the Superior Court of the County of San Mateo. 28 U.S.C. § 1446(a); Civil L.R. 3-2(d).

7. The San Mateo County Superior Court has set a Case Management Conference for October 3, 2008. No other proceedings have taken place or been scheduled in the State Court Action.

8. Exhibit "A," attached hereto, constitutes all process, pleadings and orders served upon United prior to the filing of this Notice of Removal.

///

9. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given promptly to Plaintiff and, together with a copy of the Notice of Removal, will be filed with the Clerk of the Superior Court of the State of California in the State Court Action. A true and correct copy of the Notice to the Clerk of the Superior Court and to Plaintiff Larry Oilund of Removal of the State Court Action (without exhibits) is attached hereto as Exhibit "B."

10. Counsel for Defendant hereby certifies, pursuant to 28 U.S.C. section 1446(a), that this Notice of Removal filed on behalf of Defendant is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, United removes to this Court the above action now pending in the Superior Court of the State of California, County of San Mateo, by timely filing this Notice of Removal.

Dated: August 22, 2008

DLA PIPER US LLP

By _____
HOPE ANNE CASE
NORA CULVER
Attorneys for Defendant
UNITED AIR LINES, INC.

| | |
|---|---|
| 1 | HOPE ANNE CASE (Bar No. 157089) |
| 2 | (hope.case@dlapiper.com)<br>NORA CULVER (Bar No. 240098) |
| 3 | (nora.culver@dlapiper.com)<br>**DLA PIPER US LLP** |
| 4 | 2000 University Avenue<br>East Palo Alto, CA  94303-2215 |
| 5 | Tel:  650.833.2000<br>Fax:  650.833.2001 |
| 6 | Attorneys for Defendant |
| 7 | UNITED AIR LINES, INC. |

8  UNITED STATES DISTRICT COURT,

9  NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | LARRY OILUND | CASE NO. CV 08-04016 TEH |
| 11 | Plaintiff, | **EXHIBIT A:  COPIES OF SUMMONS,** |
| 12 | v. | **COMPLAINT, AND NOTICE OF CASE MANAGEMENT CONFERENCE IN** |
| 13 | UNITED AIRLINES/WORLD | **STATE COURT ACTION** |
| 14 | HEADQUARTERS; GLEN F. TILTON; BARBARA LIATAUD; RON RICH; JIM | |
| 15 | BOLAND; VINNIE AGVATEESIRI; ANDRE ST. LOUIS DOES 1-20, | |
| 16 | INCLUSIVE, | |
| 17 | Defendants. | |

18

19  **MANUAL FILING NOTIFICATION**

20    Regarding:  EXHIBIT A to the Notice of Removal of Civil Action to United States

21  District Court By Defendant United Air Lines, Inc.

22    This filing is in paper form only, and is being maintained in the case file in the Clerk's

23  office.

24    If you are a participant on this case, this filing will be served in hard-copy shortly.

25    For information on retrieving this filing directly from the court, please see the court's

26  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

27    This filing was not efiled for the following reason(s):

28    X    Voluminous Document (PDF file size larger than efiling system allowances)

DLA PIPER US LLP
EAST PALO ALTO

WEST\21502060.1                              -1-

MANUAL FILING NOTIFICATION (CASE NO. C 08-04016 TEH)

1     ___     Unable to Scan Documents

2     ___     Physical Object (description): _____

3     _____

4     ___     Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

5     ___     Item Under Seal

6     ___     Conformance with the Judicial Conference Privacy Policy (General Order 53)

7     ___     Other (description):_____

8     _____

10     Dated: August 26, 2008           DLA PIPER US LLP

12                                        By: _____/S/_____
                                                  HOPE ANNE CASE
                                     Attorneys for Defendant
13                                   UNITED AIR LINES, INC.

1  HOPE ANNE CASE (Bar No. 157089)
   NORA CULVER (Bar No. 240098)
2  **DLA PIPER US LLP**
   2000 University Avenue
3  East Palo Alto, CA 94303-2215
   Tel: 650.833.2000
4  Fax: 650.833.2001

5  Attorneys for Defendant
   UNITED AIR LINES, INC.
6

7

8              SUPERIOR COURT OF CALIFORNIA,

9                  COUNTY OF SAN MATEO

10 | LARRY OILUND                              | CASE NO. CIV 473062
11 |                                           |
   |        Plaintiff,                         | **NOTICE TO THE CLERK OF THE SUPERIOR COURT AND TO PLAINTIFF LARRY OILUND OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**
12 |   v.                                      |
13 | UNITED AIRLINES/WORLD                     |
   | HEADQUARTERS; GLEN F. TILTON;             |
14 | BARBARA LIATAUD; RON RICH; JIM            |
   | BOLAND; VINNIE AGVATEESIRI;               | Complaint Filed: May 22, 2008
15 | ANDRE ST. LOUIS DOES 1-20,                |
   | INCLUSIVE,                                |
16 |                                           |
17 |        Defendants.                        |

18

19  TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF LARRY

20  OILUND, AND HIS COUNSEL OF RECORD, CHARLES J. KATZ AND ELLADENE LEE

21  KATZ:

22       PLEASE TAKE NOTICE THAT on August 22, 2008, Defendant United Air lines, Inc.

23  (incorrectly named as United Airlines/World Headquarters), pursuant to 28 U.S.C. §§ 1331, 1441

24  and 1446, filed a Notice of Removal with the Clerk of the United States District Court for the

25  Northern District of California, San Francisco Division, removing this action to that Court. A

26  true and correct copy of that Notice of Removal and related papers, including exhibits, are

27  attached hereto as Exhibit "1."

28  ///

WEST\21495463.1                    -1-

DLA PIPER US LLP
EAST PALO ALTO

1  PLEASE TAKE FURTHER NOTICE THAT, pursuant to 28 U.S.C. § 1446, the filing of
2  the Notice of Removal in federal court effectuates the removal of this action. Accordingly, no
3  further proceedings should take place in this Court unless and until the case has been remanded.

5  Dated: August 22, 2008                     DLA PIPER US LLP

7  By _____
   HOPE ANNE CASE
8  NORA CULVER
   Attorneys for Defendant
9  UNITED AIR LINES, INC.