HOPE ANNE CASE (Bar No. 157089)
(hope.case@dlapiper.com)
NORA CULVER (Bar No. 240098)
(nora.culver@dlapiper.com)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
UNITED AIR LINES, INC.

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY OILUND | CASE NO. CV 08-04016 TEH |
| Plaintiff, | **PROOF OF SERVICE RE MANUAL FILING NOTIFICATION:** |
| v. | **EXHIBIT A: COPIES OF SUMMONS, COMPLAINT, AND NOTICE OF CASE MANAGEMENT CONFERENCE IN STATE COURT ACTION** |
| UNITED AIRLINES/WORLD HEADQUARTERS; GLEN F. TILTON; BARBARA LIATAUD; RON RICH; JIM BOLAND; VINNIE AGVATEESIRI; ANDRE ST. LOUIS DOES 1-20, INCLUSIVE, | |
| Defendants. | |

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is DLA Piper US LLP, 2000 University Avenue, East Palo Alto, California 94303.

On, August 26, 2008, I served a copy of the following document:

MANUAL FILING NOTIFICATION: EXHIBIT A: COPIES OF SUMMONS, COMPLAINT, AND NOTICE OF CASE MANAGEMENT CONFERENCE IN STATE COURT ACTION

by placing the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at East Palo Alto, California addressed as set forth below.

/ / /

/ / /

1  Charles J. Katz, Esq.                    Elladene Lee Katz, Esq.
2  475 El Camino Real, Suite 300           327 North San Mateo Drive, Suite 9
   Millbrae, California 94030              San Mateo, California 94401

3

4        I am readily familiar with the firm's practice of collection and processing correspondence

5  for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same

6  day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on

7  motion of the party served, service is presumed invalid if postal cancellation date or postage

8  meter date is more than one day after date of deposit for mailing in affidavit.

9        I declare under penalty of perjury under the laws of the State of California that the above

10  is true and correct.

11        Executed on August 26, 2008, at East Palo Alto, California.

12

13                                          _____/S/_____
                                            Maurene Martin
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Charles J. Katz, Esq.                      Elladene Lee Katz, Esq.
475 El Camino Real, Suite 300              327 North San Mateo Drive, Suite 9
Millbrae, California 94030                 San Mateo, California 94401

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 26, 2008, at East Palo Alto, California.

Maurene Martin