1  HOPE ANNE CASE (Bar No. 157089)
   (hope.case@dlapiper.com)
2  NORA CULVER (Bar No. 240098)
   (nora.culver@dlapiper.com)
3  **DLA PIPER US LLP**
   2000 University Avenue
4  East Palo Alto, CA  94303-2215
   Tel:  650.833.2000
5  Fax:  650.833.2001

6  Attorneys for Defendant
   UNITED AIR LINES, INC.
7

8              UNITED STATES DISTRICT COURT,

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | LARRY OILUND | CASE NO.  C 08-04016 TEH |
12 | Plaintiff, | |
13 | v. | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS GLEN F. TILTON; BARBARA LIATAUD; RON RICH; JIM BOLAND; VINNIE AGVATEESIRI AND ANDRE ST. LOUIS |
14 | UNITED AIRLINES/WORLD HEADQUARTERS; GLEN F. TILTON; BARBARA LIATAUD; RON RICH; JIM BOLAND; VINNIE AGVATEESIRI; ANDRE ST. LOUIS DOES 1-20, INCLUSIVE, | |
15 | | |
16 | | |
17 | Defendants. | |
18 | | |

19
20      Pursuant to Local Rule 6-1 of the Northern District of California and Rule 41(a) of the
21 Federal Rules of Civil Procedure, it is hereby stipulated and agreed by Plaintiff and Defendant
22 UNITED AIR LINES, INC. ("Defendant"), by and through their attorneys, as follows:
23      WHEREAS Defendant removed this case from the Superior Court for the County of San
24 Mateo on August 22, 2008;
25      WHEREAS the last day for Defendant to respond to Plaintiff's Complaint is August 27,
26 2008;
27      WHEREAS Defendant desires a short extension of time to evaluate Plaintiff's allegations
28 and to make an appropriate response;

WEST\21501924.1                            -1-

DLA PIPER US LLP
EAST PALO ALTO

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO DISMISS INDIVIDUAL DEFENDANTS / CASE NO. C-08-04016 TEH

1  WHEREAS Plaintiff has agreed to dismiss its claims against Defendants Glen F. Tilton, Barbara Liataud, Ron Rich, Jim Boland, Vinnie Agvateesiri and Andre St. Louis without prejudice;

IT IS HEREBY STIPULATED by and between Defendant and Plaintiff, through their respective attorneys, that Defendant's time in which to respond to Plaintiff's Complaint is extended by 15 days. The new date on or before which Defendant must respond to the Complaint is September 11, 2008.

IT IS FURTHER STIPULATED by and between Defendant and Plaintiff that Defendants Glen F. Tilton, Barbara Liataud, Ron Rich, Jim Boland, Vinnie Agvateesiri and Andre St. Louis are dismissed from this lawsuit without prejudice.

Dated: August 26, 2008            DLA PIPER US LLP


                                  By:    /s/ Hope Anne Case
                                      HOPE ANNE CASE
                                      NORA CULVER
                                      Attorneys for Defendant
                                      UNITED AIR LINES, INC.


Dated:  August 26, 2008            LAW OFFICES OF CHARLES J. KATZ


                                  By     /s/ Charles J. Katz
                                      CHARLES J. KATZ
                                      Attorney for Plaintiff
                                      LARRY OILUND

Dated:  August 26, 2008            LAW OFFICES OF ELLADENE LEE KATZ


                                  By     /s/ Elladene Lee Katz
                                      ELLADENE LEE KATZ
                                      Attorney for Plaintiff
                                      LARRY OILUND

I, Hope Anne Case, am the ECF user whose ID and password are being used to file this STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO DISMISS INDIVIDUAL DEFENDANTS. In compliance with General Order 45, X.B., I hereby attest that Charles J. Katz and Elladene Lee Katz have concurred in this filing.