HOPE ANNE CASE (Bar No. 157089)
(hope.case@dlapiper.com)
NORA CULVER (Bar No. 240098)
(nora.culver@dlapiper.com)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
UNITED AIR LINES, INC.

UNITED STATES DISTRICT COURT,

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY OILUND<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES/WORLD HEADQUARTERS; GLEN F. TILTON; BARBARA LIATAUD; RON RICH; JIM BOLAND; VINNIE AGVATEESIRI; ANDRE ST. LOUIS DOES 1-20, INCLUSIVE,<br><br>Defendants. | CASE NO.  C 08-04016 TEH<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS GLEN F. TILTON; BARBARA LIATAUD; RON RICH; JIM BOLAND; VINNIE AGVATEESIRI AND ANDRE ST. LOUIS |

Pursuant to Local Rule 6-1 of the Northern District of California and Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by Plaintiff and Defendant UNITED AIR LINES, INC. ("Defendant"), by and through their attorneys, as follows:

WHEREAS Defendant removed this case from the Superior Court for the County of San Mateo on August 22, 2008;

WHEREAS the last day for Defendant to respond to Plaintiff's Complaint is August 27, 2008;

WHEREAS Defendant desires a short extension of time to evaluate Plaintiff's allegations and to make an appropriate response;

1  WHEREAS Plaintiff has agreed to dismiss its claims against Defendants Glen F. Tilton, Barbara Liataud, Ron Rich, Jim Boland, Vinnie Agvateesiri and Andre St. Louis without prejudice;

IT IS HEREBY STIPULATED by and between Defendant and Plaintiff, through their respective attorneys, that Defendant's time in which to respond to Plaintiff's Complaint is extended by 15 days. The new date on or before which Defendant must respond to the Complaint is September 11, 2008.

IT IS FURTHER STIPULATED by and between Defendant and Plaintiff that Defendants Glen F. Tilton, Barbara Liataud, Ron Rich, Jim Boland, Vinnie Agvateesiri and Andre St. Louis are dismissed from this lawsuit without prejudice.

Dated: August 26, 2008          DLA PIPER US LLP


                                By:   /s/ Hope Anne Case
                                   HOPE ANNE CASE
                                   NORA CULVER
                                   Attorneys for Defendant
                                   UNITED AIR LINES, INC.


Dated: August 26, 2008          LAW OFFICES OF CHARLES J. KATZ


                                By   /s/ Charles J. Katz
                                   CHARLES J. KATZ
                                   Attorney for Plaintiff
                                   LARRY OILUND

Dated: August 26, 2008          LAW OFFICES OF ELLADENE LEE KATZ


                                By   /s/ Elladene Lee Katz
                                   ELLADENE LEE KATZ
                                   Attorney for Plaintiff
                                   LARRY OILUND

IT IS SO ORDERED
Judge Thelton E. Henderson
09/02/08

I, Hope Anne Case, am the ECF user whose ID and password are being used to file this STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO DISMISS INDIVIDUAL DEFENDANTS. In compliance with General Order 45, X.B., I hereby attest that Charles J. Katz and Elladene Lee Katz have concurred in this filing.