IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY OILUND,<br><br>                    Plaintiff,<br><br>       v.<br><br>UNITED AIRLINES/WORLD HEADQUARTERS, et al.,<br><br>                    Defendants. | NO. C08-4016 TEH<br><br>ORDER CONTINUING MOTION HEARING |

This matter is currently scheduled for a hearing on November 3, 2008, on a motion to dismiss filed by Defendant United Air Lines. To accommodate the Court's calendar, the hearing on Defendant's motion is HEREBY CONTINUED to **Monday, November 24, 2008, at 10:00 AM.** The briefing schedule shall remain unchanged; thus, Plaintiff's opposition remains due on or before **October 13, 2008,** and Defendant's reply remains due on or before **October 20, 2008.**

**IT IS SO ORDERED.**

Dated: 10/07/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT