| | |
|---|---|
| 1 | HOPE ANNE CASE (Bar No. CA-157089) |
|  | hope.case@dlapiper.com |
| 2 | NORA C. NAYLOR (Bar No. CA-240098) |
|  | nora.naylor@dlapiper.com |
| 3 | DLA PIPER LLP (US) |
|  | 2000 University Avenue |
| 4 | East Palo Alto, CA  94303-2214 |
|  | Tel:  650.833.2000 |
| 5 | Fax:  650.833.2001 |

Attorneys for Defendant
UNITED AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY OILUND, | CASE NO.  CV-08-4016 TEH |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | |
| UNITED AIRLINES/WORLD HEADQUARTERS; GLEN F. TILTON; BARBARA LIATAUD; RON RICH; JIM BOLAND; VINNIE AGVATEESIRI; ANDRE ST. LOUIS DOES 1-20 INCLUSIVE, | Case Management Conference:<br><br>Date:          November 24, 2008<br>Time:         1:30 a.m.<br>Courtroom:  12<br>Judge:        Hon. Thelton E. Henderson |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

In light of Plaintiff's filing of an amended complaint and Defendant's filing of a motion to dismiss, the parties hereby stipulate and request that the Case Management Conference currently scheduled for Monday, November 24, 2008, at 1:30 a.m. shall be continued to Monday, December 8, 2008, or such other date as is convenient for the Court.

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
| 1 |   |
| 2 | Respectfully submitted, |
| 3 | Dated: 11/3, 2008    **DLA PIPER LLP (US)** |
| 4 |   |
| 5 | By: _____ |
| 6 | HOPE ANNE CASE |
|   | NORA C. NAYLOR |
| 7 | Attorneys for Defendant, |
|   | UNITED AIR LINES, INC. |

Dated: Nov 3, 2008    **LAW OFFICES OF CHARLES J. KATZ**

By: _____
CHARLES J. KATZ
Attorney for Plaintiff,
LARRY OILUND

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Case Management Conference in this case be continued to ___12/08/08___, 2008 at __10:00 AM__

Dated: November 4, 2008

_____
The Honorable Thelton E. Henderson
Judge of the U.S. District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*