```
 1  HOPE ANNE CASE (Bar No. CA-157089)
    hope.case@dlapiper.com
 2  NORA CULVER NAYLOR (Bar No. CA-240098)
    nora.naylor@dlapiper.com
 3  DLA PIPER LLP (US)
    2000 University Avenue
 4  East Palo Alto, CA  94303-2214
    Tel: 650.833.2000
 5  Fax: 650.833.2001

 6  Attorneys for Defendant
    UNITED AIR LINES, INC.
 7
```

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| 10 | LARRY OILUND, | CASE NO.  CV-08-4016 TEH |
|----|---|---|
| 11 | Plaintiff, | **STIPULATION AND** ~~[PROPOSED]~~ |
| 12 | v. | **ORDER SELECTING ADR PROCESS** |
| 13 | UNITED AIRLINES/WORLD HEADQUARTERS; GLEN F. TILTON; BARBARA LIATAUD; RON RICH; JIM BOLAND; VINNIE AGVATEESIRI; ANDRE ST. LOUIS DOES 1-20 INCLUSIVE, | Date:        December 8, 2008<br>Time:       10:00 a.m.<br>Courtroom: 12<br>Judge:      Hon. Thelton E. Henderson |
| 17 | Defendant. | |

18

19   Counsel report that they have met and conferred regarding ADR and have reached the

20   following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

21   The parties agree to participate in the following ADR process:

22   **Court Processes:**

23   ☐ Non-binding Arbitration (ADR L.R. 4)
     ☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)
24   ☐ Mediation (ADR L.R. 6)

25   *(Note:  Parties who believe that an early settlement conference with a Magistrate Judge is*

26   *appreciably more likely to meet their needs than any other form of ADR, must participate in an*

27   *ADR phone conference and may not file this form.  They must instead file a Notice of Need for*

28   *ADR Phone Conference.  See Civil Local Rule 16-8 and ADR L.R. 3-5).*

1  **Private Process:**

2  ☐   Private ADR *(please identify process and provider)* _____

3  _____

4  The parties agree to hold the ADR session by:

5  ☐   the presumptive deadline *(The deadline is 90 days from the date of the order

6  referring the case to an ADR process unless otherwise ordered.)*

7  ☒   other requested deadline: <u>90 days after the case is at issue (a motion to dismiss is

8  currently pending)</u>

9  Dated: November 17, 2008          LAW OFFICES OF CHARLES J. KATZ

11  By: _____
    CHARLES J. KATZ
12  Attorney for Plaintiff

13  Dated: November 17, 2008          DLA PIPER LLP (US)

15  By: _____
    HOPE ANNE CASE
16  Attorneys for Defendant,
    UNITED AIR LINES, INC.

18                              [~~PROPOSED~~] ORDER

19  Pursuant to the Stipulation above, the captioned matter is hereby referred to:
       ☐  Non-binding Arbitration
20     ~~☐~~  Early Neutral Evaluation (ENE)
       ☐  Mediation
21     ☐  Private ADR

22  Deadline for ADR session:
       ☐  90 days from the date of this order
23     ~~☐~~  Other  90 days after the case is at issue

24  **IT IS SO ORDERED.**

25  Dated: _11/18/08_____

26                              _____
                                THE HONORABLE THELTON E. HENDERSON
27                              JUDGE OF THE

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson)