1  CHARLES J. KATZ (SBN68459)
   Attorney at Law
2  475 El Camino Real, Suite 300
   Millbrae, CA  94030
3  Telephone: (650)692-4100
   Facsimile:  (650)692-2900
4
5  Attorney for Plaintiff
   LARRY OILUND
6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA

9  LARRY OILUND,                  )   Case No. CV-08-4016 TEH
                                  )
10       Plaintiff,                )   **STIPULATION AND [PROPOSED]**
                                  )   **ORDER REGARDING CONTINUANCE**
11       vs.                       )   **OF CASE MANAGEMENT**
                                  )   **CONFERENCE**
12 UNITED AIRLINES/WORLD           )
   ) HEADQUARTERS; GLEN F. TILTON; )   Date:   December 8, 2008
13 ) BARBARA LIATAUD; RON RICH;    )   Time:   10:00 a.m.
   )                              )   Courtroom: 12, 19th Floor
14 JIM BOLAND; VINNIE AGVATEESIRI; )   Judge: Thelton E. Henderson
15 ANDRE ST. LOUIS; Does 1 - 20 Inclusive;)
                                  )
16       Defendants.               )
                                  /
17

18       THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

19       In light of Plaintiff's filing of an amended complaint and Defendant's filing of a motion

20 to dismiss, the parties hereby stipulate and request that the Case Management Conference

21 currently scheduled for Monday, December 8, 2008, at 10:00 a.m. shall be continued to Monday,

22 January 26, 2009, or such other date as is convenient for the Court.

23 ///

24 ///

25 ///

26 ///

27 ///

28

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
1

Respectfully Submitted,

Dated: November 19, 2008         /S/
CHARLES J. KATZ, ESQ., Attorney for Plaintiff
LARRY OILUND

Dated: November 19, 2008         /S/
HOPE ANNE CASE, ESQ., Attorney for Defendant
UNITED AIRLINES/WORLD HEADQUARTERS

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Case Management Conference in this case be continued to _____January 26_____, 2009 at __1:30 PM__.

Dated: November __20__, 2008

THE HONORABLE THELTON E. HENDERSON
Judge of the U.S. District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson, signed]*

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

2