IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY OILUND<br><br>              Plaintiff,<br><br>     v.<br><br>UNITED AIRLINES, et al.,<br><br>              Defendants. | NO. C 08-4016 TEH<br><br>ORDER CONTINUING<br>HEARING AND SETTING<br>NEW BRIEFING SCHEDULE |

In light of the tardiness of Plaintiff's Opposition, and United Airlines' request to postpone this matter, the hearing on Defendant's Motion to Dismiss currently set for December 8, 2008 is hereby CONTINUED to **10 A.M. on January 12, 2009.** Defendant's reply brief shall be filed with the Court no later than December 8, 2008.

**IT IS SO ORDERED.**

Dated: November 25, 2008

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT